# UNITED STATES DISTRICT COURT

## Western District of Missouri

*JUDGMENT IN A CIVIL CASE*

JOEY L. FORRESTER,

      Plaintiff,

  *v.*

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration

      Defendant.

*Case Number:  12-5072–SSA-CV-SW-MJW*

_    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED – that the decision of the Commissioner is reversed and this case is remanded for further development of the record.

ENTERED ON:  August 28, 2013

                                            ANN THOMPSON
                                            Court Executive

                                            *L. Bax*

                                            (By) Deputy Clerk